IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MIGUEL LOPEZ ESTRADA, | ) | |
| | ) | |
| Petitioner, | ) | 8:06CV776 |
| | ) | |
| v. | ) | |
| | ) | |
| JEFFREY L. NEWTON and 12 | ) | ORDER |
| UNKNOWN CORRECTIONS OFFICERS | ) | |
| and TIM DUNNING, | ) | |
| | ) | |
| Respondents. | ) | |

This matter is before the Court on petitioner's petition for writ of habeas corpus (Filing No. 1).

IT IS ORDERED:

1) A hearing on said petition is scheduled for:

**Wednesday, January 3, 2007, at 1:30 p.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

2) A writ of habeas corpus shall be issued to transport petitioner from the Douglas County Jail, Omaha, Nebraska, for said hearing.

DATED this 29th day of December, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court