IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MIGUEL LOPEZ ESTRADA, | ) | |
| | ) | |
| Petitioner, | ) | 8:06CV776 |
| | ) | |
| v. | ) | |
| | ) | |
| JEFFREY L. NEWTON and 12 | ) | ORDER |
| UNKNOWN CORRECTIONS OFFICERS | ) | |
| and TIM DUNNING, | ) | |
| | ) | |
| Respondents. | ) | |

This matter is before the Court after a hearing was held on petitioner's petition for writ of habeas corpus (Filing No. 1). Petitioner advised the Court that the petition is moot. Accordingly,

IT IS ORDERED this action is dismissed without prejudice.

DATED this 3rd day of January, 2007.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court

Dockets.Justia.com